

# SECURITIES AND EXCHANGE COMMISSION
## DIVISION OF ENFORCEMENT
### 100 F Street, N.E.
### WASHINGTON, DC 20549

**James E. Smith**
**Assistant Chief Litigation Counsel**
**Trial Unit, Mail Stop 5971**
**(202) 551-5881 (t)**
**(202) 772-9292 (f)**
**Smithja@SEC.gov**

June 21, 2023

**BY CM/ECF**

The Honorable Lee G. Dunst
United States Magistrate Judge
United States District Court, Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

     *Re:*    *SEC v. Burnett, et al.* No. 18-cv-6501 and *US v. Romandetti, et al.* No. 180614

Dear Judge Dunst:

     Pursuant to the Court's June 20, 2023, Order, Plaintiff Securities and Exchange Commission ("SEC") submits this status report in the above-referenced (stayed) civil matter and related criminal matter. In the criminal matter, Defendants Christian Romandetti, Sr., Jeffrey Miller, and Mark Burnett pleaded guilty the Court sentenced the defendants on May 24, 2023. The SEC has inquired of Defendants' counsel to resolve the civil matter. Defendant Anthony Vassallo remains in the custody of the Federal Bureau of Prisons. Former Defendant Frank Sarro passed on away on October 22, 2022, and the SEC will file a motion to dismiss Defendant Sarro shortly.

                                Respectfully Submitted

                                /s/ *James E. Smith*
                                James E. Smith

Cc:    Defendants' counsel of record (via CM/ECF)
        Defendant Anthony Vassallo (via US BOP electronic mail)