UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                    Plaintiff,<br>        v.<br><br>MARK BURNETT, *et al.*,<br><br>                    Defendants, | 2:18-cv-06501<br><br>ORDER re: MOTION TO DISMISS |

Plaintiff Securities and Exchange Commission ("SEC") moves to dismiss Defendant Frank Sarro from this action. Defendant Sarro passed away on October 18, 2022.

Dated: November 28, 2023            /s/  James E. Smith

James E. Smith (admitted pro hac vice)
U.S. Securities and Exchange Commission
100 F Street NE
Washington, DC 20549
smithja@sec.gov
(202) 551-5881 (tel.)
(202) 722-9282 (fax)

    **IT IS HEREBY ORDERED** that Plaintiff's Motion to Dismiss Defendant Frank Sarro is GRANTED;

    **IT IS FURTHER ORERED** that once the Consent Judgments against Defendants Burnett, Miller, and Romandetti are entered, the Clerk of Court is to CLOSE this case.

    **SO ORDERED** this 29th day of November 2023 at Central Islip, New York.

/s/ JOANNA SEYBERT
Joanna Seybert
UNITED STATES DISTRICT JUDGE