UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,** <br><br> Plaintiff, <br> v. <br><br> **MARK BURNETT,** *et al.*, <br><br> Defendants, | 2:18-cv-06501-JS-LGD |

Plaintiff Securities and Exchange Commission ("SEC" or "Commission") respectfully submits this Consent Motion to lift the Court's stay order for the limited purpose to enter final judgment against Defendant Anthony Vassallo according to the parties' settlement. In support of this Consent Motion, the Commission states as follows:

1. On November 15, 2018, the Commission filed a Complaint against Defendant Vassallo and other Defendants alleging violations of the Federal securities laws.

2. On February 1, 2019 the Court entered an order staying this matter pending resolution of the related criminal proceeding

3. The SEC and Defendant Vassallo have reached a settlement in this case. Attached hereto as Exhibit A is the executed Consent of Defendant Anthony Vassallo setting forth the terms of his settlement with the Commission.

4. Attached hereto as Exhibit B is the proposed final judgment to which Defendant Vassallo agreed. The proposed final judgment would, among other things, order Defendant Vassallo to pay $696,833.51 in disgorgement and prejudgment interest, but orders that this

obligation shall be deemed satisfied by the Orders of Restitution and Forfeiture against him in

*United States v. Chartier*, No. 1:17-cr-00372-JS-GRB (E.D.N.Y.)

      WHEREFORE, the Commission respectfully requests that this Court grant this Consent Motion and enter the proposed final judgment attached hereto.

Dated:  March 13, 2025                                        */s/ James E. Smith*

                                                                 James E. Smith (admitted *Pro Hac Vice*)
SECURITIES AND EXCHANGE
COMMISSION
100 F St., N.E.
Washington, D.C. 20549-5985
202-551-5881
smithja@sec.gov

.

Dated: November 28, 2023 /s/ *James E. Smith*

                                                    James E. Smith (admitted pro hac vice)
U.S. Securities and Exchange Commission
100 F Street NE
Washington, DC 20549
smithja@sec.gov
(202) 551-5881 (tel.)
(202) 722-9282 (fax)